UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22849-RAR

**NERLYNE AUGUSTE**,

    Plaintiff,

v.

**DESH INCOME TAX & IMMIGRATION SERVICES, LLC,** *et al.*,

    Defendants.

_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On July 26, 2024, Plaintiff filed her Complaint, [ECF No. 1]. To date, there is no indication in the court file that Defendant has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **October 24, 2024**, Plaintiff shall perfect service upon Defendant, or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **October 24, 2024**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE