IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
**Case No. 1:24-cv-22849-Civ-Ruiz**

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.
_____/

## **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

Christopher C. Sharp, Esq. and Sharp Law Firm, P.A., hereby enter this notice of appearance on behalf of Defendants, DESH INCOME TAX & IMMIGRATION SERVICES, LLC, and MAGDALA NICLASSE, and request that copies of all pleadings, notices, orders or other documents filed in this case be served upon the undersigned via CM/ECF at his designated email address or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              Respectfully submitted,

                                              *Christopher C. Sharp*
                                              Christopher C. Sharp, Esq.
                                              Fla. Bar No. 996858
                                              E-Mail: csharplaw@aol.com
                                              Secondary Email:  chris@csharplawfirm.com
                                              SHARP LAW FIRM, P.A.
                                              1600 West State Road 84, Suite C
                                              Fort Lauderdale, Florida 33441
                                              Telephone: (954) 909-4246
                                              Facsimile: (954) 827-8028
Dated: September 17, 2024     Counsel for Defendants

## **Certificate of Service**

     I hereby certify that on September 17, 2024 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         By:    *Christopher C. Sharp*
                                                       Christopher C. Sharp, Esq.

**SERVICE LIST**
**Case No. 1:24-cv-22849-Civ-Ruiz**

Christopher C. Sharp, Esq.
Email: csharplaw@aol.com
Alternate email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
Phone: (954) 909-4246
Facsimile: (954) 827-8028
Counsel for Defendants

Brian H. Pollock, Esq.
Email: brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Email: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Attorneys for Plaintiff