IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
**Case No. 1:24-cv-22849-Civ-Ruiz**

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.

_____/

## **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants, DESH INCOME TAX & IMMIGRATION SERVICES, LLC, and MAGDALA NICLASSE, in accordance with and the Court's Order Requiring Joint Scheduling Report and Certificate of Interested Parties [Doc. 8], entered September 18, 2018, hereby identifies the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Plaintiff NERLYNE AUGUSTE

2. Defendant DESH INCOME TAX & IMMIGRATION SERVICES, LLC.

3. Defendant MAGDALA NICLASSE

4. Patrick Brooks LaRou, Esq., Plaintiff's counsel

5. Brian H. Pollock, Esq., Plaintiff's counsel

1

6. FAIRLAW FIRM, Plaintiff's counsel's law firm

7. Christopher C. Sharp, Esq., Defendants' counsel

8. SHARP LAW FIRM, P.A., Defendants' counsel's law firm

                Respectfully submitted,

                *Christopher C. Sharp*
                Christopher C. Sharp, Esq.
                Fla. Bar No. 996858
                E-Mail: csharplaw@aol.com
                Secondary Email: chris@csharplawfirm.com
                SHARP LAW FIRM, P.A.
                1600 West State Road 84, Suite C
                Fort Lauderdale, Florida 33441
                Telephone: (954) 909-4246
                Facsimile: (954) 827-8028
Dated: September 24, 2024    Counsel for Defendants

## Certificate of Service

      I hereby certify that on September 24, 2024 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              By:   *Christopher C. Sharp*
                     Christopher C. Sharp, Esq.

**SERVICE LIST**
**Case No. 1:24-cv-22849-Civ-Ruiz**

Christopher C. Sharp, Esq.
Email: csharplaw@aol.com
Alternate email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
Phone: (954) 909-4246
Facsimile: (954) 827-8028
Counsel for Defendants

Brian H. Pollock, Esq.
Email: brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Email: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Attorneys for Plaintiff