UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RUIZ

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH ECF NO. 7

Plaintiff, Nerlyne Auguste, notices the Court and all parties to this action that she has complied with the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 7] by serving Defendants with a copy of the Court's Order, Plaintiff's Statement of Claim [ECF No. 12], and all documents supporting Plaintiff's claims (Auguste 000001-000036) by email to Defendants' counsel on October 1, 2024.

Respectfully submitted this 1st day of October 2024.

                                              s/ Patrick Brooks LaRou, Esq.
                                              Brian H. Pollock, Esq. (174742)
                                              brian@fairlawattorney.com
                                              Patrick Brooks LaRou, Esq. (1039018)
                                              brooks@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Ave, Suite 770
                                              Coral Gables, Florida 33146
                                              Telephone: (305) 928-4893
                                              *Counsel for Plaintiff*

1

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*