UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

    Defendants.
_____/

## PROPOSED SCHEDULING ORDER

This MATTER is set for jury trial for the week of November 7, 2025. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| December 6, 2024 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| December 20, 2024 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| January 7, 2025 | The Parties shall file motions to amend pleadings or join Parties |
| April 4, 2025 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| April 18, 2025 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| May 2, 2025 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| July 11, 2025 | The Parties shall complete all discovery, including expert discovery. |
| June 6, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |

1

| | |
|---|---|
| July 18, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| October 24, 2025 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
| August 8, 2025 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 8th day of October 2024.

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Christopher C. Sharp
Christopher C. Sharp, Esq. (996858)
csharplaw@aol.com
SHARP LAW FIRM, P.A.
1600 W. State Road 84, Suite C
Fort Lauderdale, Florida 33441
Telephone: (954) 909-4246
*Counsel for Defendants*