UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

    Defendants.
_____/

## NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

Counsel for Plaintiff, Nerlyne Auguste, after having conferred with counsel for Defendants, Desh Income Tax & Immigration Services, LLC and Magdala Niclasse, submits the following proposed dates to conduct the parties' Settlement Conference pursuant to this Court's Order entered October 1, 2024 [ECF No. 14]:

- October 24, 2024;
- October 31, 2024; and
- November 8, 2024.

Respectfully submitted this 15th day of October 2024.

    s/ Patrick Brooks LaRou
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Patrick Brooks LaRou, Esq. (1039018)
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Telephone: (305) 230-4884
    *Counsel for Plaintiff*

1