UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

    Defendants.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff, Nerlyne Auguste, and Defendants, Desh Income Tax & Immigration Services, LLC and Magdala Niclasse, hereby notice the Court that the parties have complied with the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 18] by agreeing to utilize **Neil Flaxman as their mediator**, with mediation to be conducted in person on January 29, 2025, commencing at 10:00 a.m.

Respectfully submitted this 29th day of October 2024.

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Christopher C. Sharp |
| Brian H. Pollock, Esq. (174742) | Christopher C. Sharp, Esq. (996858) |
| brian@fairlawattorney.com | csharp@aol.com |
| Patrick Brooks LaRou, Esq. (1039018) | csharp@csharplawfirm.com |
| brooks@fairlawattorney.com | SHARP LAW FIRM, P.A. |
| FAIRLAW FIRM | 1600 W. State Road 84, Suite C |
| 135 San Lorenzo Avenue, Suite 770 | Fort Lauderdale, Florida 33441 |
| Coral Gables, Florida 33146 | Telephone: (954) 909-4246 |
| Telephone: (305) 230-4884 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |