UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

      Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

      Defendants.
_____/

## <u>ORDER SCHEDULING MEDIATION</u>

The parties shall conduct their mediation conference in person with Mediator Neil Flaxman, Esq. on January 29, 2025, beginning at 10:00 a.m. This date has been agreed to by the mediator and the parties, and shall not be rescheduled without leave of the Court.

DONE AND ORDERED in Chambers on this _____ day of April 2024.

_____
RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*