UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22849-RAR

**NERLYNE AUGUSTE**,

    Plaintiff,

v.

**DESH INCOME TAX & IMMIGRATION SERVICES, LLC**, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Neil Flaxman, Esq., on **January 29, 2025, at 10:00 A.M.**, in-person, at a mutually agreed upon location. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**