UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22849-RAR

**NERLYNE AUGUSTE**,

    Plaintiff,

v.

**DESH INCOME TAX & IMMIGRATION SERVICES, LLC**, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On October 24, 2024, Plaintiff filed its Motion for Partial Judgment on the Pleadings ("Motion"), [ECF No. 21]. Pursuant to Local Rule 7.1(c)(1), Defendants' response to the Motion was due on November 7, 2024. S.D. Fla. L.R. 7.1(c)(1). Failure to respond to a motion can be sufficient cause to grant it by default. *Id.* To date, no response appears on the docket, nor has Defendant requested an extension of time to respond. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **November 19, 2024**, Defendants shall show cause, in writing, why the Motion should not be granted by default and why Defendants have failed to file a timely response. In the event Defendants do not comply with this Order, the Court shall grant the Motion by default pursuant to Local Rule 7.1(c) without further notice.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**