IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
**Case No. 1:24-cv-22849-Civ-Ruiz**

NERLYNE AUGUSTE,

     Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

     Defendants.

_____/

**ORDER GRANTING DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

THIS MATTER came before the Court on Defendants' Agreed Motion for Extension of Time to Respond Plaintiff's Motion for Partial Judgment on the Pleadings (As to Counts VI and VII of the Complaint) [Doc. 21], filed October 24, 2024.

ORDERED AND ADJUDGED that Defendants' Agreed Motion for Extension of Time is HEREBY GRANTED, Nunc Pro Tunc. Defendants shall have until and including December 6, 2024 to respond to Plaintiff's Motion for Partial Judgment on the Pleadings.

DONE AND ORDERED in chambers, at Miami, Miami-Dade County, Florida, this _____ day of November 2024.

1

_____
UNITED STATES DISTRICT JUDGE

copies furnished:
      Counsel of record