IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
**Case No. 1:24-cv-22849-Civ-Ruiz**

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.
_____/

## **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

Defendants, DESH INCOME TAX & IMMIGRATION SERVICES, LLC, and MAGDALA NICLASSE, hereby respond to the Court's Order to Show Cause, entered November 14, 2024.

Prior to filing this response, and before Defendants' undersigned counsel had even seen the Court's Order to Show Cause, Defendants filed an Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Judgment on the Pleadings (As to Counts VI and VII of the Complaint) [Doc. 21], filed October 24, 2024. In accordance with Federal Rule of Civil Procedure 6(b)(1)(B), the Agreed Motion Extension of Time explains why the Defendants failed to timely respond to Plaintiff's Motion prior to the settlement conference with Magistrate Judge Louis that was held on November 13, 2024 and provides

good cause for Defendants' agreed request for a thirty-day extension of time for the response, <u>Nunc Pro Tunc</u>, until and including December 6, 2024.

Based on the grounds stated in their Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Judgment on the Pleadings, which are incorporated by reference herein, Defendants respectfully request that the Order to Show Cause entered November 14, 2024 be discharged.

    Respectfully submitted,

*Christopher C. Sharp*
Christopher C. Sharp, Esq.
Fla. Bar No. 996858
E-Mail: csharplaw@aol.com
Secondary Email:  chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, Florida 33441
Telephone: (954) 909-4246
Facsimile: (954) 827-8028
Dated: November 14, 2024      Counsel for Defendants

**Certificate of Service**

      I hereby certify that on November 14, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  By:   *Christopher C. Sharp*
                                             Christopher C. Sharp, Esq.

**SERVICE LIST**
**Case No. 1:24-cv-22849-Civ-Ruiz**

Christopher C. Sharp, Esq.
Email: csharplaw@aol.com
Alternate email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
Phone: (954) 909-4246
Facsimile: (954) 827-8028
Counsel for Defendants

Brian H. Pollock, Esq.
Email: brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Email: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Attorneys for Plaintiff