**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-CIV-22849-RUIZ**

NERLYNE AUGUSTE,

    Plaintiffs,

v.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.
_____/

**MEDIATOR'S REPORT**

The parties held a mediation conference on January 29, 2025 at 10:00 a.m., in-person at the office of the undersigned, and the results of that conference are indicated below:

**Attendance:** Plaintiff and her attorney appeared. Defendants and their attorney appeared.

**Outcome:** With the consent of the Mediator and the parties, the mediation was <u>adjourned</u>. The Mediator will file a final report by February 11, 2025.

<u>Dated this 30th day of January, 2025</u>

Respectfully submitted,
Neil Flaxman, Esq.
Florida Supreme Court Certified Circuit & Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786
E-mail: neil@flaxmanmediations.com

By:     *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299