**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-CIV-22849-RUIZ**

NERLYNE AUGUSTE,

    Plaintiffs,

v.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.
_____/

**MEDIATOR'S REPORT**

The parties held a mediation conference on January 29, 2025 at 10:00 a.m., in-person at the office of the undersigned, and the results of that conference are indicated below:

**Attendance:** Plaintiff and her attorney appeared. Defendants and their attorney appeared.

**Outcome:** At the original mediation held on January 29, 2025, and adjournment period, no agreement was reached; IMPASSE.

Dated this 11th day of February, 2025

      Respectfully submitted,
      Neil Flaxman, Esq.
      Florida Supreme Court Certified Circuit & Appellate Mediator
      L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
      L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
      Brickell City Tower, Suite 3100
      80 Southwest 8th Street
      Miami, Florida 33130
      Tel: 305-810-2786
      E-mail: neil@flaxmanmediations.com

By: *s/ Neil Flaxman*
   Neil Flaxman, Esq.
   Fla. Bar No. 025299