IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
**Case No. 1:24-cv-22849-Civ-Ruiz**

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC,
and MAGDALA NICLASSE,

    Defendants.

_____/

**NOTICE OF COMPLIANCE WITH
ORDER GRANTING MOTION TO WITHDRAW**

Christopher C. Sharp, Esq. and SHARP LAW FIRM, P.A., hereby notify the Court that Defendants have been provided with a copy of the Court's Order Granting Motion to Withdraw and Modifying Certain Pretrial Deadlines [ECF No. 45], entered February 11, 2025.[1] The undersigned further explained to Defendants' their obligation to retain new counsel on or before March 13, 2025, and that the failure of the corporate Defendant to retain new counsel by March 13, 2025, will be a valid basis for the Court to enter a default against Defendant Desh Income Tax & Immigration Services, LLC for failure to defend the action.

---

[1] Defendants' Counsel's Renewed Motion to Withdraw [ECF No. 44] was filed February 10, 2025.

1

                                      Respectfully submitted,

                                      *Christopher C. Sharp*
                                      Christopher C. Sharp, Esq.
                                      Fla. Bar No. 996858
                                      E-Mail: csharplaw@aol.com
                                      Secondary Email:  chris@csharplawfirm.com
                                      SHARP LAW FIRM, P.A.
                                      1600 West State Road 84, Suite C
                                      Fort Lauderdale, Florida 33441
                                      Telephone: (954) 909-4246
                                      Facsimile: (954) 827-8028

Dated: February 13, 2025

**Certificate of Service**

      I hereby certify that on February 13, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:   *Christopher C. Sharp*
            Christopher C. Sharp, Esq.

**SERVICE LIST**
**Case No. 1:24-cv-22849-Civ-Ruiz**

Christopher C. Sharp, Esq.
Email: csharplaw@aol.com
Alternate email: chris@csharplawfirm.com
SHARP LAW FIRM, P.A.
1600 West State Road 84, Suite C
Fort Lauderdale, FL 33315
Phone: (954) 909-4246
Facsimile: (954) 827-8028

Brian H. Pollock, Esq.
Email: brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Email: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Attorneys for Plaintiff

Magdala Niclasse, Defendant
Desh Income Tax & Immigration Services
91 N.E. 168th Street
Miami, FL 33162
Telephone: (305) 303-1334
Email: deshincometax@gmail.com