UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22849-RAR

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC, and
MAGDALA NICLASSE,

    Defendants.

_____/



## NOTICE OF APPEARANCE AS COUNSEL

    Michael Lascelle, Esq. and Michael Lascelle, P.A. hereby makes appearances on behalf of Defendants DESH INCOME TAX & IMMIGRATION SERVICES, LLC, and MAGDALA NICLASSE, on this matter and requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned.

    Respectfully submitted,

MICHAEL LASCELLE, P.A.
Truist Building
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Tel:   (305) 721-2790
Email: michaellascelle@msn.com

*/s/ Michael Lascelle*
By: Michael Lascelle
FBN: 31103

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

## SERVICE LIST

Case No. 1:24-cv-22849-Civ-Ruiz

Brian H. Pollock, Esq.
Email: brian@fairlawattorney.com
Patrick Brooks LaRou, Esq.
Email: brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
Attorneys for Plaintiff

*/s/ Michael Lascelle*
By: Michael Lascelle