**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-22849-JB

NERLYNE AUGUSTE,

    Plaintiff,

v.

DESH INCOME TAX & IMMIGRATION
SERVICES, LLC, et al.

    Defendants.

_____/

**CERTIFICATION AND ORDER OF TRANSFER**
**TO MAGISTRATE JUDGE**

    The above matter comes before the undersigned Magistrate Judge following District Judge Rodolfo A. Ruiz II's Order of Recusal (ECF No. 49). The undersigned certifies that the above-captioned case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to **Judge Jacqueline Becerra's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to **Judge Jacqueline Becerra's** paired Magistrate Judge.

    **DONE AND ORDERED** in chambers in Miami, Florida, this 17th day of March, 2025.

_/s/ Lauren Louis_____
LAUREN F. LOUIS
UNITES STATES MAGISTRATE JUDGE

c: All counsel of record