UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-BECERRA/TORRES

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
and MAGDALA NICLASSE,

    Defendants.
_____/

## **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and voluntarily consent to have the United States Magistrate Judge currently assigned to this case, Edwin G. Torres, conduct any and all further proceedings in the case and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

    Respectfully submitted this 8th day of May 2025,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Michael J. Lascelle |
| Brian H. Pollock, Esq. (174742) | Michael J. Lascelle, Esq. (31103) |
| brian@fairlawattorney.com | michaellascelle@msn.com |
| Patrick Brooks LaRou, Esq. (1039018) | MICHAEL LASCELLE, P.A. |
| brooks@fairlawattorney.com | 777 Brickell Avenue, Suite 500 |
| FAIRLAW FIRM | Miami, Florida 33131 |
| 135 San Lorenzo Avenue, Suite 770 | Telephone: (305) 721-2790 |
| Coral Gables, Florida 33146 | *Counsel for Defendants* |
| Telephone: (305) 230-4884 | |
| *Counsel for Plaintiff* | |

1