UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-BECERRA/TORRES

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
and MAGDALA NICLASSE,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Nerlyne Auguste, and Defendants, Desh Income Tax & Immigrations Services, LLC and Magdala Niclasse, (collectively, the "Parties") by and through their respective undersigned counsel, hereby notify the Court pursuant to S.D. Fla. Local Rule 16.4 that the Parties have settled the above captioned case and are in the process of drafting and executing their written Settlement Agreement.

Respectfully submitted this 8th day of May 2025,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Michael J. Lascelle |
| Brian H. Pollock, Esq. (174742) | Michael J. Lascelle, Esq. (31103) |
| brian@fairlawattorney.com | michaellascelle@msn.com |
| Patrick Brooks LaRou, Esq. (1039018) | MICHAEL LASCELLE, P.A. |
| brooks@fairlawattorney.com | 777 Brickell Avenue, Suite 500 |
| FAIRLAW FIRM | Miami, Florida 33131 |
| 135 San Lorenzo Avenue, Suite 770 | Telephone: (305) 721-2790 |
| Coral Gables, Florida 33146 | *Counsel for Defendants* |
| Telephone: (305) 230-4884 | |
| *Counsel for Plaintiff* | |

1