UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [*CONSENT CASE*]

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
and MAGDALA NICLASSE,

    Defendants.
_____/

## RENEWED NOTICE OF SETTLEMENT

    Plaintiff, Nerlyne Auguste, pursuant to S.D. Fla. Local Rule 16.4, notifies the Court that the Parties have settled the above captioned matter, and that while she sent defense counsel a signed version of the Settlement Agreement (which was agreed upon by all parties) on May 20, 2025, she continues to await receipt of the counter-signed Settlement Agreement from Defendants (who have not responded to multiple emails sent thereafter inquiring about it).

    Respectfully submitted this 30th day of May 2025,

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue, Suite 770
    Coral Gables, Florida 33146
    Tel: (305) 230-4884
    *Counsel for Plaintiff*