UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

      Plaintiff,

v.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

      Defendants.

_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

Plaintiff, Nerlyne August, by and through undersigned counsel, hereby moves this Court for the entry of a Default Final Judgment against Defendants, Desh Income Tax & Immigration Services, LLC, and Magdala Niclasse, based on the following good cause:

1.     The parties settled this matter pursuant to which Defendants were required to pay a total of $48,000 in installments. [ECF No. 64-1].

2.     The parties requested the Court's approval, and on June 2, 2025, the Court approved the parties' Settlement Agreement as fair and reasonable and retained jurisdiction for 500 days to enforce it. [ECF Nos. 64, 65].

3.     Despite the contractual obligation imposed on Defendants by the Settlement Agreement [ECF No. 54-1], they failed to make the "238-day payment" due on January 13, 2026, or any subsequent payments.

4.     Plaintiff provided the Defendants with the required email notice of default regarding this payment. (Exhibit "A"); and [ECF No. 64-1 at 4: "Defendants also shall be entitled

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

to receive email notice of any other default in payment under the Agreement, which shall be sent to Defendants' counsel of record in the Lawsuit"].

5.      The 5-day period to cure the Defendants' default in the 238-day payment default has expired without the Defendants curing it.

6.      Defendants, through counsel, acknowledged her default and claimed she was unable to pay.

7.      Defendants did not present and cannot offer either of the two defenses they could raise if the facts permitted. [ECF No. 64-1].

8.      Defendants have since missed and/or failed to make the following payments:

   a.      238-day payment;

   b.      268-day payment; and

   c.      298-day payment, which was due on March 13, 2026.

9.      Prior to the uncured default, Defendants made partial payments to Ms. Auguste and the undersigned law firm in the total aggregate amount of $20,125.00 ($6,875.00 to Plaintiff and $13,250.00 to undersigned counsel).

10.      The Settlement Agreement explicitly provides as follows in the event of an uncured default in payment:

> If the Defendants fail to cure the continuing default in payment within 5 days of their counsel of record in the Lawsuit receiving email notice, the Plaintiff shall be entitled to entry of a Default Final Judgment against the Defendants, jointly and severally, in the amount of $75,000 minus all payments successfully made (in addition to any liquidated damages resulting from any NSF Payment). These remedies are in addition to all other remedies available to the Plaintiff. Defendants waive all defenses to the entry of a Default Final Judgment other than the Plaintiff's failure to provide the 5 days notice required under this Agreement and/or timely payment.

[ECF No. 64-1 at 4].

11.      In accordance with the foregoing, Plaintiff requests that the Court enter a Default Final Judgment in her favor and against Defendants, Desh Income Tax & Immigration Services, LLC and Magdala Niclasse, jointly and severally, for $54,875.00 ($75,000 minus $20,125.00 in total payments made) and to reserve jurisdiction to award her the attorney's fees and costs incurred in connection with the Defendants' breach and Plaintiff's enforcement of the Settlement Agreement (based on the prevailing party provision at the bottom of the last paragraph on page 5 of the Settlement Agreement).

WHEREFORE Plaintiff, Nerlyne August, respectfully requests that this Court enter a Default Final Judgment in her favor and against Defendants, Desh Income Tax & Immigration Services, LLC and Magdala Niclasse, jointly and severally, in the principal amount of $54,875.00, plus post-judgment interest, and to reserve jurisdiction to determine the attorney's fees and costs to be awarded to Plaintiff based on the Settlement Agreement.

Respectfully submitted this 3rd day of April 2026,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm