

**Juan Aragon <juan@fairlawattorney.com>**

---

# Auguste vs. Desh / Niclasse - Notice of Intent to Seek Default Final Judgment

2 messages

---

**Juan Aragon** <juan@fairlawattorney.com>                                  Wed, Mar 4, 2026 at 8:54 AM
To: Michael Lascelle <michaellascelle@msn.com>
Cc: Brian Pollock <brian@fairlawattorney.com>, Hillary Frontado <hillary@fairlawattorney.com>

Dear Counsel,

Thank you for your email regarding your client's financial situation.

I have discussed the matter with our client, Ms. Auguste. While she notes your client's request for additional time, she cannot overlook the fact that the 238-day payment (due January 13, 2026) remains unpaid, and the cure period expired on February 11, 2026. Furthermore, the 268-day payment is now also outstanding.

Given the significant delay and the expiration of the grace period, Ms. Auguste has instructed us to proceed immediately with seeking the entry of a default final judgment. We will be filing the necessary paperwork with the court shortly.

Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq.,
P. Brooks LaRou Esq., and
Samuel Gonzalez, Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com
lawrulerleadid:C2245-