UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

       Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

       Defendants.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Motion for Entry of Default Final Judgment, filed herein on April 3, 2026 [ECF No. 66]. The Court, having reviewed the Motion being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED, as follows:

1.      Defendants failed to make the installment settlement payments due on and after January 13, 2026, as required by the Settlement Agreement filed at [ECF No. 64-1].

2.      Plaintiff provided Defendants with email notice to their counsel of record in this lawsuit of their default in payment, but Defendants failed to cure the payment default within the 5-day cure period provided by the Settlement Agreement filed at [ECF No. 64-1].

3.      Accordingly, judgment is hereby entered in favor of Plaintiff, Nerlyne August, and against Defendants, jointly and severally, for $54,875.00, which sum let execution issue.

4.      Post-judgment interest shall accrue at the statutory rate.

5.     Plaintiff is entitled to recover her attorney's fees and costs from Defendants in an amount to be determined by the Court, and the Court reserves jurisdiction to determine the attorney's fees and costs to be awarded, and to take such other and further actions as necessary for the conclusion of this action.

DONE AND ORDERED in Chambers on this _____ day of April 2026.


_____
EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE