UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORDS FOR DEFENDANTS

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Model Rules of Professional Conduct, the undersigned counsel and the law firm of Michael Lascelle, PA request this Court to grant them leave to Withdraw as Counsel of Record for Defendants, DESH INCOME TAX & IMMIGRATION SERVICES, LLC and MAGDALA NICLASSE, and in support thereof, states as follows:

1.      The relationship between the undersigned and Defendants have deteriorated to such a degree that it is no longer reasonable for this Court to require the undersigned to continue his representation. **Defendants continually fail to follow the strict language of the settlement agreement in sending payments to the appropriate parties, in the correct form and within the time delineated in the settlement agreement. The undersigned has complied with Defendants' request to try and obtain more time from opposing counsel to make the payments under the settlement agreement, which requests only**

occur after the Defendants are timely reminded by the undersigned to make the necessary payments. The undersigned wrote to Defendants through email countless times reminding them of their obligations under the settlement agreement. In addition to the email reminders and the constant resending of instructions for payment, the undersigned has made countless calls to follow up on the emails to confirm the payments were or are going to be made.

2.     The amount paid to the undersigned, has been long ago expended and the undersigned has no reasonable belief that he will be compensated for work done since or any future work. Almost every attempt to request payment for legal services is ignored by Defendants.

3.     Despite the undersigned's success in the past at obtaining additional time from Plaintiff's counsel, a final judgment will likely be entered in this action. The undersigned cannot fathom the task of continuing to deal with the Defendants in regards to post judgment disclosure and collections, given their lack of cooperation yet far.

For the reasons set forth more specifically above, the undersigned counsel and law firm of Michael Lascelle, P.A. suggest that sufficient legal grounds for withdrawal under each subsection of Rule 4-1.14 exist and respectfully request this Court to enter and Order granting this Motion to Withdraw as counsel for Defendants, DESH INCOME TAX & IMMIGRATION SERVICES, LLC and MAGDALA NICLASSE, and for any further relief as is just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(3)

Prior to filing this Motion and pursuant to this Court's local rules, the undersigned hereby certifies that he has conferred with counsel for Plaintiff and Defendants who have been informed

2

of the undersigned's desire to withdraw and have expressed no opinion.

Respectfully submitted,

MICHAEL LASCELLE, P.A.
Truist Building
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Tel:   (305) 721-2790
Email: michaellascelle.com

/s/ Michael Lascelle

By:   Michael Lascelle
      FBN:  31103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the  Clerk of the Court via CM/ECF on this 7th day of April, 2026. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

## SERVICE LIST

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
brian@fairlawattorney.com

3

DESH INCOME TAX & IMMIGRATION SERVICES, LLC.
MAGDALA NICLASSE
91 NE 168th Street
North Miami Beach, Florida 33162
(305) 303-1334
maggytaxpro123@gmail.com