UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-RAR

NERLYNE AUGUSTE,

     Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

     Defendant.

_____/

## RESPONSE TO MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

DESH INCOME TAX & IMMIGRATION SERVICES, LLC. and MAGDALA NICLASSE, and pursuant to this Court's Order [DIN 68] hereby responds to Plaintiff's Motion for Entry of Default Final Judgment [DIN 66] (the "Motion") as follows:

1. The settlement agreement was freely and voluntarily entered into by all parties and speaks for itself.

2. Upon information and belief of the undersigned, the allegations in the Motion are accurate.

3. As stated in the undersigned's Motion to Withdraw [DIN 67], the undersigned has made every effort to assist Defendants in keeping compliant with the settlement agreement.

Respectfully submitted,

MICHAEL LASCELLE, P.A.
Truist Building
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Tel:    (305) 721-2790
Email: michaellascelle.com

*/s/ Michael Lascelle*

By:    Michael Lascelle
FBN:   31103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 9th day of April, 2026. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

## SERVICE LIST

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
brian@fairlawattorney.com

2

DESH INCOME TAX & IMMIGRATION SERVICES, LLC.
MAGDALA NICLASSE
91 NE 168th Street
North Miami Beach, Florida 33162
(305) 303-1334
maggytaxpro123@gmail.com

3