UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

     Plaintiff,

v.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF WAIVER OF REPLY

Plaintiff, Nerlyne August, through undersigned counsel, notifies the Court and all parties that she will not be filing (and so is waiving the opportunity to file) a Reply supporting her Motion for Entry of Default Final Judgment [ECF No. 66], such that the pending Motion is ripe for adjudication.

Respectfully submitted this 13th day of April 2026,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*