UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

    Plaintiff,

vs.

DESH INCOME TAX & IMMIGRATION
SERVICES, LLC AND
MAGDALA NICLASSE,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL FACT INFORMATION SHEETS**

THIS CAUSE came before the Court on Plaintiff Nerlyne Auguste's Motion to Compel Fact Information Sheets (the "Motion"), and the Court, after having reviewed the Motion, the docket, and being otherwise fully advised in the premises, finds good cause to grant the relief requested. Accordingly, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

1.    Plaintiff may serve the Fact Information Sheets appended to the Motion as Exhibits "A" and "B" by email on Defendants in the same manner as other permissible discovery.

2.    Each Defendant shall have 30 days from the date of service of the Fact Information Sheet to complete and return the Fact Information Sheet served on it/her, with all required materials, to Plaintiff's counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of July, 2026.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record (via CM/ECF)