UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

      Plaintiff,

vs.

DESH INCOME TAX & IMMIGRATION
SERVICES, LLC AND MAGDALA
NICLASSE,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBITS TO MOTION TO COMPEL FACT INFORMATION SHEETS [ECF NO. 73]

Plaintiff, Nerlyne Auguste, through her undersigned counsel, hereby files this Notice of Filing Exhibits to Plaintiff's Motion to Compel Fact Information Sheets [ECF No. 73].

Due to an inadvertent clerical error during the electronic filing process on July 7, 2026, Exhibits A and B were omitted from the original filing. Plaintiff now formally files the referenced Florida Form 1.977 Fact Information Sheets, which are appended hereto as:

- **Exhibit A:** Fact Information Sheet (Corporate) for Defendant Desh Income Tax & Immigration Services, LLC
- **Exhibit B:** Fact Information Sheet (Individual) for Defendant Magdala Niclasse Respectfully submitted this 7th day of July 2026,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
