UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-22849-TORRES [CONSENT CASE]

NERLYNE AUGUSTE,

      Plaintiff,

vs.

DESH INCOME TAX &
IMMIGRATION SERVICES, LLC
AND MAGDALA NICLASSE,

      Defendants.

_____/

## PLAINTIFF'S MOTION FOR WRIT OF EXECUTION

Plaintiff, Nerlyne Auguste, through her undersigned counsel and pursuant to Fed. R. Civ. P. 64 requests that the Court instruct the Clerk of Courts to issue a Writ of Execution in the form appended hereto based upon the following good cause:

1.      On April 21, this Court entered its Final Judgment in which it awarded Plaintiff the amount of $54,875.00. [ECF No. 71.]

2.      The entire sum of $54,875.00 remains due, payable, and outstanding since awarded on April 21, 2026.

3.      Plaintiff seeks to enforce the money judgment(s) against Defendants, Desh Income Tax & Immigration Services, LLC and Magdala Niclasse, pursuant Fed. R. Civ. P. 69(a) through the issuance of a Writ of Execution.

4.      Local Rule 7.1 specifically exempts post-judgment collection/execution motions from the conferral requirement, and so none has been made herein.

WHEREFORE Plaintiff, Nerlyne Auguste, requests that the Court direct the Clerk of Courts to issue a Writ of Execution in the form appended hereto.

Dated this 7th day of July 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*