DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| **UNITED STATES DISTRICT COURT** | DISTRICT **Southern District of Florida** |
|---|---|

| TO THE MARSHAL OF: Southern District of Florida | 1:24-CV-22849-TORRES [CONSENT CASE] |
|---|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Desh Income Tax & Immigration Services, LLC, 1175 NE 125 Street, No. 316, North Miami, FL 33361, and Magdala Niclasse,  6765 Rose Drive, Miramar, FL 33023

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $54,875.00 | and    plus prejudgment interest since 4/21/26 |

in the United States District Court for the Southern District of Florida ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Desh Income Tax & Immigration Services, LLC, and Magdala Niclasse

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE United States District Court | DISTRICT Southern District of Florida |
|---|---|
| CITY West Palm Beach | DATE July 8, 2026 |

Witness the Honorable _____
*(United States Judge)*

| DATE July 8, 2026 | CLERK OF COURT ANGELA E. NOBLE |
|---|---|
|  | (BY) DEPUTY CLERK *Lisa J. Streets* |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
|  |  |

Print        Reset Form